## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Timothy T. Tevens, President/CEO
*Columbus McKinnon*
140 John James Audubon Parkway
Amherst, NY 14228

_____
Mary E. Augustine (No. 4477)

617343v1